STATE OF CONNECTICUT *v.* GARY LEE ROGERS

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 814 (AC 16880), is denied.

*Paul R. Kraus,* special public defender, in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided April 27, 1999

STATE OF CONNECTICUT *v.* JAMES GRANT

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 824 (AC 17163), is denied.

*Paul R. Kraus,* special public defender, in support of the petition.

*Nancy L. Chupak,* deputy assistant state's attorney, in opposition.

Decided April 27, 1999

BILLER ASSOCIATES *v.* RTE. 156 REALTY COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 52 Conn. App. 18 (AC 16708), is granted, limited to the following issues:

"1. Do General Statutes (Rev. to 1987) § 38-69, now § 38a-723, and § 38-72 (h)-6, now § 38a-788-6, of the Regulations of Connecticut State Agencies, under the circumstances of this case render invalid an employment contract between a licensed public adjuster and